MARCUS B. TIDEY, JR., DEFENDANT IN ERROR, v. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued December 6, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker* and *Cortlandt Parker, Jr.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment below is affirmed, for the reasons given in the opinion of Mr. Justice Dixon. 37 *Vroom* 382.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, ADAMS, VREDENBURGH, VOORHEES. 9.

*For reversal*—PITNEY, VROOM. 2.